McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
 *cheryl.grames@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
 *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for GEICO Advantage Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANN LEHTINEN, Special Administrator for the Estate of MARK STROUT,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00274-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 19] |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:23-cv-00274-JAD-EJY
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: Lehtinen v. GEICO
Case No. 2:23-cv-00274-JAD-EJY

Each party will bear their own costs and attorneys' fees.

Dated: June ___, 2023    SCHUETZE, MCGAHA, TURNER & FERRIS

July 6 2023

By: _____
William W. McGaha, Esq.
Nevada Bar No. 3234
601 S. Rancho Drive
Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
Attorneys for Plaintiff Ann Lehtinen, Special Administrator for the Estate of Mark Strout

Dated: July 10, 2023    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Chenelle L. Jackson
Nevada Bar No. 15750
Attorneys for Defendant GEICO Advantage Insurance Company

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

IT IS SO ORDERED.

DATED this 11th day of July, 2023.

_____

9176380.1